Timothy HARRELL, Appellant,

v.

STATE of Missouri, Respondent.

**No. WD 37271.**

Missouri Court of Appeals,
Western District.

May 20, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 26, 1986.

Application to Transfer Denied
Sept. 16, 1986.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Kevin B. Behrndt, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and DIXON and LOWENSTEIN, JJ.

## ORDER

PER CURIAM.

Appeal from a denial of a Rule 27.26 motion after evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**William J. WIRTH, Appellant.**

**No. WD 37318.**

Missouri Court of Appeals,
Western District.

May 20, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 26, 1986.

Application to Transfer Denied
Sept. 16, 1986.

Kathleen Murphy Markie, Columbia, for appellant.

William Webster, Atty. Gen., Victorine Mahon, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and PRITCHARD and TURNAGE, JJ.

## ORDER

PER CURIAM:

Direct appeal from a jury conviction for capital murder, in violation of § 565.001, RSMo 1978, for sodomy, in violation of § 566.060, RSMo Supp.1984, and for rape, in violation of § 566.030, RSMo Supp.1984.

Judgment affirmed. Rule 30.25(b).